IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA LEE ROTHERMEL,** *et al.*, | : | **CIVIL ACTION NO. 1:16-CV-1669** |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **DAUPHIN COUNTY, PENNSYLVANIA,** *et al.*, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 18th day of January, 2017, upon consideration of defendants' motion (Doc. 30) to stay discovery pending disposition of defendants' motions (Docs. 22, 25, 26) to dismiss, and the court concluding that a stay is inappropriate as the benefits of a stay do not outweigh the potential for harm to the parties, see 19th St. Baptist Church v. St. Peters Episcopal Church, 190 F.R.D. 345, 349 (E.D. Pa. 2000) (citation omitted), it is hereby ORDERED that defendants' motion (Doc. 30) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania