# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA LEE ROTHERMEL,** | : | CIVIL ACTION NO. 1:16-CV-1669 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DAUPHIN COUNTY, PENNSYLVANIA**, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of March, 2020, upon consideration of the motions for summary judgment filed by defendant Pennsylvania State Police ("PSP") Trooper David Grbich, (Doc. 90), PSP Commissioner Robert Evanchick (Doc. 97), PSP Trooper Matthew Miller (Doc. 101), and Dauphin County and its Clerk of Court, Dale Klein, in her official capacity, (Doc. 107), as well as the report (Doc. 138) of Magistrate Judge Martin C. Carlson, the objections (Doc. 141) thereto by plaintiff Melissa Lee Rothermel, and the parties' attendant briefing, (Docs. 142, 143, 146), and for the reasons set forth in the court's accompanying memorandum of today's date, it is hereby ORDERED that:

1. The court declines to adopt the report (Doc. 138) but will adopt its ultimate recommendation that summary judgment be granted to all defendants on all remaining counts.

2. The motions (Docs. 90, 97, 101, 107) for summary judgment filed by Trooper Grbich, Commissioner Evanchick, Trooper Miller, Dauphin County, and Clerk Klein are GRANTED.

3. The Clerk of Court shall enter judgment against Rothermel and in favor of Trooper Grbich, Commissioner Evanchick, Trooper Miller, Dauphin County, and Clerk Klein as to Counts I, III, IV, and V of Rothermel's amended complaint (Doc. 48).

4. The Clerk of Court shall thereafter close this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania